IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 14-1571-GMS |
| ) | |
| v. ) | |
| ) | |
| INTERACTIVE MEDIA CORP. D/B/A ) | |
| KANGURU SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

**Instructions**: When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

## I. Infringement

1. Do you find that IOENGINE has proven that it is more likely than not that the Accused IMC Products infringe the Asserted Claims of the '047 Patent?

*Checking "Yes" below indicates a finding for IOENGINE.*

*Checking "No" below indicates a finding for IMC.*

| Do the Accused IMC Products infringe Independent Claim 1 of the '047 Patent or any of the Asserted Claims that depend upon it (Claims 2, 7, 8, 14, 15, 21 or 23)? | | |
|---|---|---|
| Product Name | Yes (for IOENGINE) | No (for IMC) |
| Defender 3000 | X | |
| Defender 2000 | X | |
| Defender Elite 300 | X | |
| Defender Elite 200 | X | |
| Defender Elite 30 | X | |
| Defender HDD | X | |
| Defender SSD | X | |
| Defender HDD 300 | X | |
| Defender SSD 300 | X | |
| Defender Basic | X | |
| Defender Basic + | X | |
| Defender DualTrust | X | |
| Defender V2 | X | |
| Defender Elite | X | |

| Do the Accused IMC Products infringe Independent Claim 24 of the '047 Patent? | | |
|---|---|---|
| **Product Name** | **Yes (for IOENGINE)** | **No (for IMC)** |
| Defender 3000 | x | |
| Defender 2000 | x | |
| Defender Elite 300 | x | |
| Defender Elite 200 | x | |
| Defender Elite 30 | x | |
| Defender HDD | x | |
| Defender SSD | x | |
| Defender HDD 300 | x | |
| Defender SSD 300 | x | |
| Defender Basic | x | |
| Defender Basic + | x | |
| Defender DualTrust | x | |
| Defender V2 | x | |
| Defender Elite | x | |

| Do the Accused IMC Products infringe Independent Claim 27 of the '047 Patent or any of the Asserted Claims that depend upon it (Claim 28)? | | |
|---|---|---|
| Product Name | Yes (for IOENGINE) | No (for IMC) |
| Defender 3000 | X | |
| Defender 2000 | X | |
| Defender Elite 300 | X | |
| Defender Elite 200 | X | |
| Defender Elite 30 | X | |
| Defender HDD | X | |
| Defender SSD | X | |
| Defender HDD 300 | X | |
| Defender SSD 300 | X | |
| Defender Basic | X | |
| Defender Basic + | X | |
| Defender DualTrust | X | |
| Defender V2 | X | |
| Defender Elite | X | |

Please proceed to Question 2.

2. If you answered "Yes" for any Accused IMC Product, has IOENGINE proven, by clear and convincing evidence, that the infringement was willful? __No__

Please proceed to Question 3.

## II. Validity

3. Do you find that IMC has proven, by clear and convincing evidence, that any Asserted Claim of the '047 Patent is invalid as being anticipated, and, if so, specify what prior art reference(s) IMC has proven, by clear and convincing evidence, renders the claim anticipated:

*Checking "Not Invalid" below indicates a finding for IOENGINE.*

*Checking "Invalid" below indicates a finding for IMC. If you find for IMC on any claim, you must list the specific prior art reference(s) that render that claim Anticipated.*

| '047 Patent | Not Invalid (for IOENGINE) | Invalid (for IMC) | (If Invalid) Specify What Prior Art Reference(s) Renders it Anticipated |
|---|---|---|---|
| Claim 1 | X | | |
| Claim 2 | X | | |
| Claim 7 | X | | |
| Claim 8 | X | | |
| Claim 14 | X | | |
| Claim 15 | X | | |
| Claim 21 | X | | |
| Claim 23 | X | | |
| Claim 24 | X | | |
| Claim 27 | X | | |
| Claim 28 | X | | |

Please proceed to Question 4.

4.  Do you find that IMC has proven, by clear and convincing evidence, that any Asserted Claim of the '047 Patent is invalid as obvious, and, if so, specify what prior art reference or combination of references IMC has proven, by clear and convincing evidence, renders the claim obvious:

*Checking "Not Invalid" below indicates a finding for IOENGINE.*

*Checking "Invalid" below indicates a finding for IMC. If you find for IMC on any claim, you must list the specific prior art reference(s) that render the claim obvious.*

| '047 Patent | Not Invalid (for IOENGINE) | Invalid (for IMC) | (If Invalid) Specify What Prior Art Reference(s) Renders it Obvious |
|---|---|---|---|
| Claim 1 | x | | |
| Claim 2 | x | | |
| Claim 7 | x | | |
| Claim 8 | x | | |
| Claim 14 | x | | |
| Claim 15 | x | | |
| Claim 21 | x | | |
| Claim 23 | x | | |
| Claim 24 | x | | |
| Claim 27 | x | | |
| Claim 28 | x | | |

Please proceed to Question 5.

5. Do you find that IMC has proven, by clear and convincing evidence, that any Asserted Claim of the '047 Patent is invalid under 35 U.S.C. § 112 for any of the following reasons?

**A.   Enablement**

*Checking "Not Invalid" below indicates a finding for IOENGINE.*

*Checking "Invalid" below indicates a finding for IMC.*

| '047 Patent | Not Invalid (for IOENGINE) | Invalid (for IMC) |
|---|---|---|
| Claim 1 | X | |
| Claim 2 | X | |
| Claim 7 | X | |
| Claim 8 | X | |
| Claim 14 | X | |
| Claim 15 | X | |
| Claim 21 | X | |
| Claim 23 | X | |
| Claim 24 | X | |
| Claim 27 | X | |
| Claim 28 | X | |

**B.     Written Description**

*Checking "Not Invalid" below indicates a finding for IOENGINE.*

*Checking "Invalid" below indicates a finding for IMC.*

| '047 Patent | Not Invalid (for IOENGINE) | Invalid (for IMC) |
|---|---|---|
| Claim 1 | x | |
| Claim 2 | x | |
| Claim 7 | x | |
| Claim 8 | x | |
| Claim 14 | x | |
| Claim 15 | x | |
| Claim 21 | x | |
| Claim 23 | x | |
| Claim 24 | x | |
| Claim 27 | x | |
| Claim 28 | x | |

Please proceed to question 6.

### III. Inventorship

6.  Do you find that IMC has proven, by clear and convincing evidence, that any individual other than Mr. McNulty made a significant contribution to the idea claimed in one or more claims of the '047 Patent?

*Checking "Yes" below indicates a finding for IMC.*

*Checking "No" below indicates a finding for IOENGINE.*

_____ YES           \_\_\_No\_\_\_ NO

Please proceed to Question 7.

7.  If you answered "Yes" to Question 6, indicate which individual(s) other than Mr. McNulty made a significant contribution to the idea claimed in one or more claims of the '047 Patent? _____

Please proceed to question 8.

## IV. Damages

8. If you found that any of the Accused IMC Products infringed at least one Asserted Claim of the '047 Patent, and that the infringed claim(s) was not invalid, state the amount of damages that you find IOENGINE is entitled to from IMC.

*Damages:*

$ __1.4 Million__

For the Jury:

_1/13/17_

Date

SEALED

Jury Foreperson